**Entered on Docket
November 02, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

**E-FILED OCTOBER 29, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for WELLS FARGO BANK, N.A., as trustee for the CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 7 |
| MARIA DIAZ, | Case No. S-10-14106-LBR |
| Debtor. | Hearing Date: September 22, 2010<br>Hearing Time: 10:30 a.m. |
| | Location:  Foley Federal Building<br>         Courtroom No. 1 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of WELLS FARGO BANK, N.A. as trustee for the CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5 and its Successors and/or Assigns ("WELLS FARGO BANK") came on regularly for hearing before this court on September 22, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good

cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 737 Willow Avenue, Henderson, NV 89002.

IT IS FURTHER ORDERED that WELLS FARGO BANK shall provide Debtor with no less than seven (7) days notice of the date, time and place of the foreclosure sale.

SUBMITTED BY:

/s/ *Kevin Hahn*_____
KEVIN HAHN
Nevada Bar No. 9821
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
Attorneys for WELLS FARGO BANK, N.A., as trustee for the
CERTFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5

RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The Court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

JOSEPH B. ATKINS, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond ___X___

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #